THE STATE *v.* THE JUDGE OF THE FIFTH DISTRICT COURT.

SLIDELL, C. J. After the order was made and signed, granting a suspensive appeal and approving the bond furnished by the appellant, we think the jurisdiction of the District Court was incompetent to disturb the order. See *Pemberton* v. *Zacharie,* 4 Louisiana, 205.

It is, therefore, ordered, &c., that a writ of prohibition issue in this case, as prayed for in the petition.